

FILED by_____DB____D.C.

**Jan 7, 2016**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

# 16-60006-CR-BLOOM/VALLE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

18 U.S.C. § 1543
18 U.S.C. § 1015(e)
8 U.S.C. §§ 1326(a) and (b)(2)

**UNITED STATES OF AMERICA**

vs.

**RICHARD KENNEDY,**
a/k/a "Winston Lewis,"

  **Defendant.**
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about July 20, 2015, in Broward County, in the Southern District of Florida, the

defendant,

**RICHARD KENNEDY,**
**a/k/a "Winston Lewis,"**

did willfully and knowingly use, and attempt to use, a false, forged, counterfeited, mutilated, and

altered passport, that is, a United States passport ~~in the name of an individual with the initials~~ *HH*

~~"R.H.,"~~ with the defendant's biographical page substituted for the original biographical page,

in that the defendant presented said passport to the Florida Department of Highway Safety and

1

Motor Vehicles in an attempt to induce and secure the issuance of a Florida driver's license, in violation of Title 18, United States Code, Section 1543.

## COUNT 2

On or about July 20, 2015, in Broward County, in the Southern District of Florida, the defendant,

**RICHARD KENNEDY,
a/k/a "Winston Lewis,"**

an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain, on behalf of himself, a State benefit, in that the defendant presented a United States passport originally issued to "R.J.L.,Jr.," as proof of his identity and citizenship, to induce and secure the issuance of a State of Florida driver's license, in violation of Title 18, United States Code, Section 1015(e).

## COUNT 3

On or about November 6, 2015, in Broward County, in the Southern District of Florida, the defendant,

**RICHARD KENNEDY,
a/k/a "Winston Lewis,"**

an alien, having previously been removed from the United States on or about January 27, 1995, and January 27, 1999, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's

2

reapplying for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER  *Richard P. Murad*
UNITED STATES ATTORNEY

JENNIFER A. KEENE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

Richard Kennedy,
a/k/a "Winston Lewis,"

_____ **Defendant. /**

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s)
Number of New Defendants        _____
Total number of counts          _____

**Court Division**: (Select One)

Miami _____ Key West _____
FTL __X__ WPB _____ FTP _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No)        NO
   List language and/or dialect        _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                        (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | __X__ | Petty | | |
| II | 6 to 10 days | _____ | Minor | _____ | |
| III | 11 to 20 days | _____ | Misdem. | _____ | |
| IV | 21 to 60 days | _____ | Felony | __X__ | |
| V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? (Yes or No)___ NO ___
   If yes:
   Judge: _____        Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?        (Yes or No)        YES
   If yes:   Magistrate Case No.        15-6521-Hunt
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of        12/30/2015
   Defendant(s) in state custody as of        _____
   Rule 20 from the        _____

   District of        _____

   Is this a potential death penalty case? (Yes or No)        _____Yes   __X__ No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?_____ Yes        No   __X__

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes   No   __X__

JENNIFER A. KEENE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0958263

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: RICHARD KENNEDY, a/k/a "Winston Lewis,"

**Case No**: _____

Count #: 1

   Use of Altered Passport

   in violation of Title 18, United States Code, Section 1543

**\* Max. Penalty:** Ten (10) years` imprisonment, three (3) years' supervised release, $250,000 fine

Count #: 2

   False Claim to United States Citizenship to Obtain a State Benefit

   in violation of Title 18, United States Code, Section 1015(e)

**\*Max. Penalty**: Five (5) years` imprisonment, three (3) years' supervised release, $250,000 fine

Count #:   3

   Illegal Reentry After Removal

   in violation of Title 8, United States Code, Section 1326(a) and (b)(2)

**\*Max. Penalty:** Twenty (20) years` imprisonment, three (3) years' supervised release, $250,000 fine

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

 \*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.